## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF KENTUCKY
## AT LOUISVILLE

**FREDDIE R. LYNEM**                                        **PLAINTIFF**

v.                                               **CIVIL ACTION NO. 3:09CV-P686-S**

**MARION ADJUSTMENT CENTER et al.**                        **DEFENDANTS**

### ORDER

For the reasons set forth in the Memorandum Opinion entered this date,

**IT IS HEREBY ORDERED** that the instant action is **DISMISSED without prejudice**.

There being no just reason for delay in its entry, this is a final Order.

The Court further **certifies** that an appeal of this action would not be taken in good faith. *See* 28 U.S.C. § 1915(a)(3).

Date:    November 19, 2009

                                                                **Charles R. Simpson III, Judge**
                                                                **United States District Court**

cc:      Plaintiff, *pro se*
4411.009